

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00272-CV

## IN THE INTEREST OF C.D.G., A CHILD,

_____

**From the 13th District Court
Navarro County, Texas
Trial Court No. D12-20919-CV**

## MEMORANDUM OPINION

Zenaida Deguzman Capps, filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). The motion states that the trial court vacated the final order from which Capps was appealing; and therefore, an appeal is no longer necessary. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed September 12, 2013
[CV06]